IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
FRANKLIN BOWDEN, JR.,         )
                              )
          Plaintiff,          )
                              )
     v.                       )    1:19CV1102
                              )
WILLIAM Z. WOODS, et al.,     )
                              )
          Defendants.         )
```

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 14, 2019, was served on the parties in this action. (Docs. 4, 5.) Plaintiff thereafter filed an Amended Complaint. (Doc. 7.) The Magistrate Judge terminated the Recommendation "in light of Plaintiff's filing of Amended Complaint (permitted as of right at this stage of the proceedings, pursuant to Federal Rule of Civil Procedure 15(a)(1))." (Text Order dated Jan. 7, 2020.) The Magistrate Judge then entered a new Recommendation which was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 8, 2020, was served on the parties in this action. (Text Recommendation dated Jan. 7, 2020; Doc. 9.) Plaintiff objected to the Recommendation. (Doc. 10.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination, which is in accord with the

Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

        /s/   Thomas D. Schroeder
      United States District Judge

February 21, 2020